649 A.2d 434

Richard COOPERSTEIN, Executor of the
Estate of Elsie Cooperstein, Deceased,

and

Ruth A. Gorneau, Administratrix of the Estate
of Anne Nathan, Deceased, Appellants,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

and

Jack Cooperstein, Appellees.

Supreme Court of Pennsylvania.

Submitted Sept. 30, 1994.

Decided Nov. 4, 1994.

Lawrence S. Rosenwald, Philadelphia, for Cooperstein and Gourneau.

L. Rostaing Tharaud, Philadelphia, for Liberty Mut. Fire Ins. Co.

Lisa M. Bellino, Philadelphia, for J. Cooperstein.

Before NIX, C.J., and FLAHERTY, ZAPPALA,
PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation.